

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br>vs.<br><br>JEROLD MARCUS MURRELL<br>　　　　　Defendant | CASE NO. 15CR0442-L<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated.

IT IS SO ORDERED.

DATED: 3-17-16

_____
HONORABLE JILL L. BURKHARDT
United States Magistrate Judge